JOHN HAYES, Respondent, *v.* CATHARINE E. RABOLD, Impleaded, Appellant.

(Submitted June 16, 1892; decided October 1, 1892.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made February 13, 1888, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term, and affirmed an order of the Special Term, making Andrew J. Moore a party to this action, and affirmed an order of said court denying a motion to resettle said former order.

*George W. Carr* for appellant.

*A. B. Moore* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment and orders affirmed.